**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**

MALIBU MEDIA, LLC,

       Plaintiff,

  v.                                                                    Civil Action No. 1:14-cv-02665-PAG

JOHN DOE, subscriber assigned IP address
76.188.179.184,

       Defendant.

**PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL**
**WITH PREJUDICE OF JOHN DOE**

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant"). Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action with prejudice. John Doe was assigned the IP address 76.188.179.184. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated:  May 29, 2015

                                            Respectfully submitted,

                                            By:  /s/ *Yousef M. Faroniya*
                                            Yousef M. Faroniya
                                            yousef@YMFincorporated.com
                                            YMF Inc.: The Law Office of Yousef M. Faroniya
                                            84 S. 4th Street
                                            Columbus, OH 43215
                                            Phone: 614-360-1855
                                            *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

     I hereby certify that on May 29, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                               By: /s/ *Yousef M. Faroniya*
                                               Yousef M. Faroniya